UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNUM INSURANCE COMPANY OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 18-6621 |
| TAMYRA BELMON-WILLIAMS, GWENDOLYN WILLIAMS, LINCOLN FACTORING, L.L.C., AND WESTLAWN CEMETERIES, L.L.C. | SECTION "R" (4) |

# ORDER

Before the Court is a motion to determine attorney's fees and costs from interpleader-plaintiff, Unum Life Insurance Company of America ("Unum").[1] When dismissing the interpleader-plaintiff from the action, the Court ordered Unum to submit an accounting of its fees and costs.[2] Unum's motion containing this accounting was not opposed,[3] and the Court referred it to the Magistrate Judge.[4] The Magistrate Judge issued a Report and Recommendation,[5] which also is not opposed.

---

[1] R. Doc. 30.
[2] R. Doc. 24.
[3] *See* R. Doc. 33 at 1.
[4] R. Doc. 31.
[5] R. Doc. 33.

Having reviewed the interpleader-plaintiff's motion, the applicable law, and the Magistrate Judge's Report and Recommendation, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

New Orleans, Louisiana, this __13th__ day of September, 2019.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE